1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA ENGLISH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA STATE TREASURER, a Department of the State of Nevada;<br><br>Defendant. | CASE NO:  2:20-cv-02203-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>**(First Request)** |

Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., on behalf of LINDA ENGLISH ("Plaintiff"), and Judy A. Prutzman, Esq., Deputy Attorney General, Nevada Office of the Attorney General, on behalf of NEVADA STATE TREASURER ("Defendant") do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF #7], due on February 12, 2021, to February 26, 2021, and the time for Defendant to Reply to Plaintiff's Response.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR II 7-1 and 26-4, and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss. Plaintiff's counsel requests the extension to effect service of process on Defendant and to prepare a response to Defendant's Motion to Dismiss.

///

1

Accordingly, Plaintiff shall have until February 26, 2021 to provide a response to Defendant's Motion to Dismiss [ECF #7].

Dated:  February 11, 2021                                    Dated:  February 12, 2021

**HATFIELD & ASSOCIATES, LTD.**                   **AARON D. FORD, Attorney General**

    */s/ Trevor J. Hatfield*                                  */s/ Judy A. Prutzman*
By: _____                   By: _____
Trevor J. Hatfield, Esq.  (SBN 7373)              Judy A. Prutzman, Esq. (SBN 6078)
703 South Eighth Street                               Deputy Attorney General
Las Vegas, Nevada 89101                            Cameron P. Vandenberg (SBN 4356)
Tel.: (702) 388-4469                                    Chief Deputy Attorney General
Email: thatfield@hatfieldlawassociates.com     State of Nevada–Office of the Attorney General
*Attorney for Plaintiff*                                  5420 Kietzke Lane, Suite 202
                                                            Reno, Nevada 89511
                                                            Tel.:  (775) 687-2113
                                                            Email:  jprutzman@ag.nv.gov
                                                            Email:  cvandenberg@ag.nv.gov
                                                            *Attorneys for Defendant Nevada State Treasurer*

**IT IS SO ORDERED.**

DATED this __11__ day of February, 2021

_____
Gloria M. Navarro, District Judge
United States District Court

**<u>Certificate of Service</u>**

I certify that on the 11th day of February, 2021 I electronically filed and served **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (First Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 11th day of February, 2021

**HATFIELD & ASSOCIATES, LTD.**

By: ___ /s/ *Freda P. Brazier* _____
An employee of Hatfield & Associates, Ltd.