# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA ENGLISH,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NEVADA STATE TREASURER,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-02203-GMN-NJK<br><br>**Order** |

The early neutral evaluation is **CONTINUED** in time only to 1:00 p.m. on April 7, 2021.

IT IS SO ORDERED.

Dated: February 24, 2021

_____
Nancy J. Koppe
United States Magistrate Judge